THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Irvin 
 C. Krupinski,Appellant.
 
 
 

Appeal From Lee County
 Clifton Newman, Circuit Court Judge
Unpublished Opinion No.  2007-UP-446
Submitted October 1, 2007  Filed October
 9, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellant Defender Aileen P. Clare, South Carolina
 Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; Solicitor C. Kelly Jackson, of
 Sumter, for Respondent.
 
 
 

PER CURIAM:  Irvin C. Krupinski appeals his conviction
 for second-degree burglary resulting in a sentence of ten years confinement. 
 He contends the trial court erred in denying his motion for a directed verdict. 
 After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Krupinskis appeal and grant counsels motion to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.